**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-1842**

———————

JAMES JACKSON,

                               Plaintiff - Appellant,

    versus

STATE OF WEST VIRGINIA; DARRELL V. MCGRAW,
JR., Attorney General of West Virginia; SUE
SURGI, Commissioner, West Virginia Department
of Human Services; DENNY P. PENTONY, Social
Service Coordinator; BOB G. FAIL, Protective
Service Worker; D. A. JENKINS, West Virginia
State Trooper; SO LAN BOMBITA,

                             Defendants - Appellees.

———————

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg. W. Craig Broadwater, District Judge. (CA-96-70-3)

———————

Submitted: December 11, 1997    Decided: December 23, 1997

———————

Before HALL and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

James Jackson, Appellant Pro Se. Lucien Garlow Lewin, STEPTOE & JOHNSON, Martinsburg, West Virginia; So Lan Bombita, Falling Waters, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Jackson v. West Virginia, No. CA-96-70-3 (N.D.W. Va. May 28, 1997). We deny Appellant's motion to stay a state court order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED